IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALDER CROMWELL, and <br> CODY KEENER, <br><br> Plaintiffs, <br><br> v. <br><br> KRIS KOBACH, KANSAS SECRETARY <br> OF STATE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No._____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER**

COME NOW the Plaintiffs, by and through their counsel, William R. Lawrence IV and Paul T. Davis, and ask this Court for a temporary restraining order under Fed. R. Civ. P. 65(b) that enjoins the Defendant from enforcing K.A.R. § 7-23-15 which takes effect on Friday, October 2, 2015.

IN SUPPORT hereof, Plaintiff represents and shows to the Court that:

1. On December 22, 2015, the Plaintiff Cody Keener registered to vote through the Department of Motor Vehicles. On December 29, 2015 Mr. Keener received notification that he had been entered in the statewide voter registration database and marked as "in suspense" for failure to submit documentation of his citizenship.

2. The Defendant issued K.A.R. § 7-23-15 on September 17, 2015, which directs county election officials to remove voters from the statewide voter registration database who registered to vote but have not submitted the citizenship documentation required by K.S.A. § 25-2309(l) within 90 days of submitting their application.

3. On October 2, 2015, the Defendant's rule will take effect and he has directed county election officials to delete voters who have been in the database for more than 90 days without

1

providing proof of citizenship without notice that their registration will be deleted and without regard to the fact only fifteen (15) days will have passed between issuance and enactment.

4. Plaintiffs have been registered to vote for more than 90 days without submitting their documentation of citizenship and will be deleted on Friday, October 2, 2015, if the rule is allowed to go into effect.

5. The timeframe between filing this action and the date this rule will take effect constitutes an emergency situation in which the harm is irreparable and there is not enough time to provide notice to the other party and for a hearing to take place.

6. Plaintiffs ask that a temporary restraining order be put in place to preserve the status quo for only so long as necessary to hold a hearing pursuant to Fed. R. Civ. P. 65(a).

7. Plaintiffs ask that the requirement of a security bond be waived or set at $0.00 as no monetary harm will be suffered by the Defendant in delaying the implementation of K.A.R. § 7-23-15.  There are no scheduled elections between now and the 2016 primary election on August 2, 2016.

WHEREFORE, the Plaintiffs respectfully request the Court to grant a temporary restraining order against the Defendant to prevent K.A.R. § 7-23-15 from going into effect on Friday, October 2, 2015, until a hearing can be held pursuant to Fed. R. Civ. P. 65(a) for a preliminary injunction. Plaintiff Cody Keener attached as Exhibit A his verification that the foregoing facts are true to the best of his knowledge.  Pursuant to Fed. R. Civ. P. 65(b)(1)(B), the undersigned states that no efforts have been made to give notice based upon the urgent nature of the relief requested.  Furthermore, notice should not be required due to the time sensitive manner of this request.

        Respectfully submitted,

        **FAGAN EMERT & DAVIS, L.L.C.**

        /s/ William R. Lawrence IV
        William R. Lawrence, IV    #26021
        Paul T. Davis    #18550
        730 New Hampshire Street, Suite 210
        Lawrence, KS 66044
        (785) 331-0300 – Telephone
        (785) 331-0303 – Facsimile
        wlawrence@fed-firm.com

VERIFICATION

STATE OF Kansas   )
                 )
COUNTY OF Douglas )

Cody Keener, of lawful age, being first duly sworn, states: That he is a Plaintiff in the above-captioned case; that he has read the above and foregoing and knows the contents thereof; and that each and every statement therein is true and correct according to his best information and belief.

_____
Cody Keener

SUBSCRIBED AND SWORN TO before me this 30 day of September, 2015.



_____
Notary Public

My appointment expires: 3-19-2016