IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALDER CROMWELL, and ) | |
| CODY KEENER ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 2:15-CV-09300-JAR |
| ) | |
| KRIS KOBACH, KANSAS ) | |
| SECRETARY OF STATE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO DISMISS UNDER FED R CIVIL P 12(h)(3) AND REQUESTING A RULE 12(i) HEARING**

Garrett Roe, #26867[1]
Kris. W. Kobach, #17280
KANSAS SECRETARY OF STATE'S OFFICE
Tel. (785) 296-4575
Fax. (785) 368-8032
Email: garrett.roe@sos.ks.gov
Email: kris.kobach@sos.ks.gov
*Attorneys for Defendants*

COME NOW Defendants KRIS KOBACH, KANSAS SECRETARY OF STATE, by and through their Counsel of Record, Kris W. Kobach and Garrett Roe, and move to dismiss Plaintiffs' Complaint, Doc. No. 1, for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3) and request this Court address Plaintiffs' subject matter jurisdiction at the scheduled December 4, 2015 hearing pursuant to Fed. R. Civ. P. 12(i).

---

[1] Admitted pursuant to Local Rule 83.5.2(d) and holding a Kansas Temporary Permit.

Respectfully submitted this 14th day of November, 2015.

s/ GARRETT ROE
Garrett Roe, #26867
Kris. Kobach, #17280
OFFICE OF THE SECRETARY OF STATE
120 SW 10th Ave,
Topeka, KS  66612
Tel. (785) 296-4575
Fax. (785) 368-8032
Email: garrett.roe@sos.ks.gov
Email: kris.kobach@sos.ks.gov
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 14th day of November, 2015, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

s/ GARRETT ROE
Garrett Roe, Bar No. 26867
***Attorney for Defendants***