# Exhibit A

# Texas Voter Registration Application

Prescribed by the Office of the Secretary of State VR17.09E.13

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out the application, please call your local Voter Registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989. www.sos.state.tx.us.

284875878

## 1 These Questions Must Be Completed Before Proceeding

Check one

[X] New Application [ ] Change of Address, Name, or Other Information [ ] Request for a Replacement Card

Are you a United States Citizen? [X] ~~Yes~~ [X] No (circled)

Will you be 18 years of age on or before election day? [X] Yes [ ] No

Are you interested in serving as an election worker?

**2** Last Name include Suffix if any (Jr, Sr, III): CASTRO

First Name: ~~BAY~~ BAY BAYRON

Middle Name (if any): LEO.

Former Name (if any):

**3** Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address)
[redacted]

City: Houston — TEXAS — Zip Code: 77005

**4** Mailing Address: Street Address and Apartment Number. (If mail cannot be delivered to your residence address.)

City — State — Zip Code

**5** Date of Birth: (mm/dd/yyyy)
[redacted]

**6** Gender (Optional) [X] Male [ ] Female

**7** Telephone Number (Optional) Include Area Code ( )   -

**8** Texas Driver's License No. Texas Personal I.D. No. (Issued by the Department of Public Safety)

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number XXX-XX-

[X] I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

**9** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

X Bayron L Castro Date 7/21/10*

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

| 113860 Deputy Number (If applicable) | Original application must be delivered to Voter Registrar no later than 5 days after receipt (TEC 13.042). Mike Delgado Volunteer Deputy Signature (If applicable) 7/21/10 Date |
|---|---|

**Detach the receipt below for your records. To mail: Wet the glue strip, fold in half and seal.**

*If this application is delivered to the Voter Registrar via US mail, the post office postmark date will be used to determine the effective date of this application (TEC 13.143).

Cert #6672499-8
VUID #1171875324
Precinct #0073
ID Required

Doc ID: 7560313 Page: 1 of 2.

# Texas Voter Registration Application

Prescribed by the Office of the Secretary of State VR17.09E13

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local Voter Registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

283495576

## 1 These Questions Must Be Completed Before Proceeding

Check one

☑ New Application ☐ Change of Address, Name, or Other Information ☐ Request for a Replacement Card

**Are you a United States Citizen?** ☐ Yes ☑ No

**Will you be 18 years of age on or before election day?** ☑ Yes ☐ No

**Are you interested in serving as an election worker?**

| 2 Last Name Include Suffix if any (Jr, Sr, III) | First Name | Middle Name (if any) | Former Name (if any) |
|---|---|---|---|
| Guzman | Giovanna | | |

| 3 Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address) | City | TEXAS Zip Code |
|---|---|---|
| [redacted] | Houston | 77089 |

| 4 Mailing Address: Street Address and Apartment Number. (If mail cannot be delivered to your residence address.) | City | State / Zip Code |
|---|---|---|
| | | |

| 5 Date of Birth: (mm/dd/yyyy) | 6 Gender (Optional) | 7 Telephone Number (Optional) Include Area Code |
|---|---|---|
| [redacted] | ☐ Male ☑ Female | ( ) - |

8 Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety)

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number XXX-XX-

☑ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

9 I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

X [signature] Date 7/20/10 *

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

| 108605 Deputy Number (If applicable) | Original application must be delivered to Voter Registrar no later than 5 days after receipt (TEC 13.042). [signature] Volunteer Deputy Signature (If applicable) | 7/20/10 Date |
|---|---|---|

**Detach the receipt below for your records. To mail: Wet the glue strip, fold in half and seal.**

*If this application is delivered to the Voter Registrar via US mail, the post office postmark date will be used to determine the effective date of this application (TEC 13.143).

CERT # 6671 0856
VUID # 1171828471
PREC # 0076
ID Request

Doc ID: 7557552 Page: 1 of 2.

108605

## Solicitud de registro electoral en Tex

Por orden de la Secretaría de Estado VR17.09S.13

Favor de llenar cada sección con letra de molde LEGIB registrador electoral local o llame gratis a la Secretaría sordos) 1-800-735-2989 o visite www.sos.state.tx.us.

292091192

**1 Debe contestar estas preguntas**

**Marque un recuadro**

- [x] Nueva solicitud
- [ ] Cambio de domicilio, nombre y/o información
- [ ] Reemplazo de tarjeta

¿Es usted ciudadano de los Estados Unidos? [ ] Sí [x] No

¿Tendrá 18 años cumplidos antes o el día de la elección? [ ] Sí [x] No

Si marcó "No" como respuesta a cualquiera de las preguntas anteriores no llene esta solicitud.

¿Tiene interés en participar como trabajador electoral?

| 2 Apellido Incluir sufijo si lo hay (Jr, Sr, III) | Primer nombre | Segundo nombre (si aplica) | Nombre anterior (si aplica) |
|---|---|---|---|
| Morales | Maria | D | |

**3 Domicilio residencial:** Número y calle, y número de departamento o interior. Si no existe un domicilio, describa dónde vive (no incluya apartados postales, rutas rurales o dirección del trabajo).

Ciudad: Pasadena — TEXAS — Código postal: 77506

**4** ... postal ... Interior (si no puede entregar el correo en su domicilio residencial).

Ciudad — Estado — Código postal

**5 Fecha de nacimiento:** (mm/dd/aaaa)

**6 Sexo** (Optativo) [ ] Masculino [x] Femenino

**7 Teléfono** (Optativo) Incluya código de área ( ) ___ - ____

**8 No. de licencia de conducir de Texas o no. de identificación personal de Texas** (Expedido por el Departamento de Seguridad Pública)

Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social XXX-XX-

- [x] No tengo licencia de conducir de Texas/Número de Identidad Personal de Texas ni un número de Seguro Social.

**9 Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. Cometer este delito puede resultar en privación de la libertad hasta 180 días, multa de hasta $2,000 o ambos castigos. Por favor lea cada una de las tres declaraciones antes de firmar.**

- **soy residente de este condado y ciudadano de los Estados Unidos;**
- **no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, periodo de prueba, o se me otorgó un indulto; y**
- **no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.**

X Maria M — Fecha 2/18/10

Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

none

DL TO 27257614
ED # 0.3941614

## Texas Voter Registration Application

Prescribed by the Office of the Secretary of State VR17.09E.13

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local Voter Registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

284857521

**1 These Questions Must Be Completed Before Proceeding**

Check one

☑ New Application ☐ Change of Address, Name, or Other Information ☐ Request for a Replacement Card

Are you a United States Citizen? ☐ Yes ☒ No

Will you be 18 years of age on or before election day? ☒ Yes ☐ No

Are you interested in serving as an election worker? ☐ Yes ☐ No

**2** Last Name Include Suffix if any (Jr, Sr, III): Salazar | First Name: Rodrigo | Middle Name (if any): | Former Name (if any):

**3** Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address) | City: Houston | TEXAS | Zip Code: 77043

**4** Mailing Address: (If mail cannot be delivered to your residence address.) | City | State | Zip Code

**5** Date of Birth: (mm/dd/yyyy)

**6** Gender (Optional) ☐ Male ☐ Female

**7** Telephone Number (Optional) Include Area Code ( )   -

**8** Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety)

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number XXX-XX-

☒ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

**9** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

X [signature] Date 07/23/16*

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

| 4404 Deputy Number (If applicable) | Original application must be delivered to Voter Registrar no later than 5 days after receipt (TEC 13.042). [signature] Volunteer Deputy Signature (If applicable) | 7/23/16 Date |
|---|---|---|

**Detach the receipt below for your records. To mail: Wet the glue strip, fold in half and seal.**

*If this application is delivered to the Voter Registrar via US mail, the post office postmark date will be used to determine the effective date of this application (TEC 13.143).

Cert # 667153-5
VUID # 1171853313
Prec # 0056
ID Required

Doc ID: 7561133 Page: 1 of 2.

291393162

Exclusivo para uso oficial

Si tiene dudas acerca de esta solicitud, contacte a su registrador electoral local o llame gratis a la Secretaria de Estado al 1-800-252-VOTE (8683), TDD (servicio para sordos) 1-800-735-2989 o visite www.sos.state.tx.us.

## 1 Debe contestar estas preguntas antes de proseguir

Marque un recuadro

☐ Nueva solicitud ☑ Cambio de domicilio, nombre y/o información ☐ Reemplazo de tarjeta

¿Es usted ciudadano de los Estados Unidos? ☑ Sí ☒ No

¿Tendrá 18 años cumplidos antes o el día de la elección? ☑ Sí ☐ No

Si marcó "No" como respuesta a cualquiera de las preguntas anteriores no llene esta solicitud.

¿Tiene interés en participar como trabajador electoral? ☐ Sí ☐ No

| 2 Apellido Incluir sufijo si lo hay (Jr, Sr, III) | Primer nombre | Segundo nombre (si aplica) | Nombre anterior (si aplica) |
|---|---|---|---|
| MATIAS | GREGORIO | | |

3 Domicilio residencial: Número y calle, y número de departamento o interior. Si no existe un domicilio, describa dónde vive (no incluya apartados postales, rutas rurales o dirección del trabajo)

Ciudad: HOUSTON TEXAS Código postal: 77060

4 Dirección postal: Número y calle, y número de departamento o interior (si no se puede entregar el correo en su domicilio residencial).

Ciudad | Estado | Código postal

5 Fecha de nacimiento: (mm/dd/aaaa)

6 Sexo (Optativo) ☐ Masculino ☐ Femenino

7 Teléfono (Optativo) Incluya código de área ( ) -

8 No. de licencia de conducir de Texas o no. de identificación personal de Texas (Expedido por el Departamento de Seguridad Pública).

Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social

XXX-XX-

☑ No tengo licencia de conducir de Texas/Número de Identidad Personal de Texas ni un número de Seguro Social.

9 Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. Cometer este delito puede resultar en privación de la libertad hasta 180 días, multa de hasta $2,000 o ambos castigos. Por favor lea cada una de las tres declaraciones antes de firmar.

- soy residente de este condado y ciudadano de los Estados Unidos;
- no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, periodo de prueba, o se me otorgó un indulto; y
- no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

X [signature] Fecha 07/27/10

Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

VUID 1171964586
CERT # 66755558-8
PREC # 0342

Doc ID: 7567741 Page: 1 of 2.

119339 7/23/10

**Solicitud de registro electoral en**

Por orden de la Secretaría de Estado VR17

Favor de llenar cada sección con letra de molde L... registrador electoral local o llame gratis a la Secre... sordos) 1-800-735-2989 o visite www.sos.state.tx.us.

292091058

## 1 Debe contestar estas preguntas antes de proseguir

Marque un recuadro

- [x] Nueva solicitud
- [ ] Cambio de domicilio, nombre y/o información
- [ ] Reemplazo de tarjeta

| | | |
|---|---|---|
| ¿Es usted ciudadano de los Estados Unidos? | [x] Sí | [ ] No |
| ¿Tendrá 18 años cumplidos antes o el día de la elección? | [x] Sí | [ ] No |

Si marcó 'No' como respuesta a cualquiera de las preguntas anteriores no llene esta solicitud.

| | | |
|---|---|---|
| ¿Tiene interés en participar como trabajador electoral? | [ ] Sí | [ ] No |

| 2 Apellido Incluir sufijo si lo hay (Jr. Sr. III) | Primer nombre | Segundo nombre (si aplica) | Nombre anterior (si aplica) |
|---|---|---|---|
| Morin | Pedro | | |

| 3 Domicilio residencial: Número y calle, y número de departamento o interior. Si no existe un domicilio, describa dónde vive (no incluya apartados postales ... del trabajo) | Ciudad | TEXAS Código postal |
|---|---|---|
| | Houston | 77038 |
| **4 Dirección postal:** interior (si no se puede entregar el correo en su domicilio residencial). | Ciudad | Estado / Código postal |

**5 Fecha de nacimiento:** (mm/dd/aaaa)

**6 Sexo** (Optativo)
- [ ] Masculino
- [ ] Femenino

**7 Teléfono** (Optativo) Incluya código de área ( ) -

**8** No. de licencia de conducir de Texas o no. de identificación personal de Texas (Expedida por el Departamento de Seguridad Pública)

Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social

XXX-XX-

- [x] No tengo licencia de conducir de Texas/Número de Identidad Personal de Texas ni un número de Seguro Social.

**9** Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. Cometer este delito puede resultar en privación de la libertad hasta 180 días, multa de hasta $2,000 o ambos castigos. Por favor lea cada una de las tres declaraciones antes de firmar.

- soy residente de este condado y ciudadano de los Estados Unidos;
- no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o se me otorgó un indulto; y
- no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

X Pedro Morin Fecha 7/23/2010

Firma del solicitante o de su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del testigo del solicitante si la firma es la de una marca, y fecha.

Cert # 66734754-5
VUID # 1171874884
Prec # 0864

Doc ID: 7560967 Page: 1 of 2.

**Texas Voter Registration Application**

Prescribed by the Office of the Secretary of State VR17.09EJ3

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local Voter Registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

284851625

**1 These Questions Must Be Completed Before Proceeding**

Check one

[X] New Application [ ] Change of Address, Name, or Other Information [ ] Request for a Replacement Card

| | | |
|---|---|---|
| Are you a United States Citizen? | [X] Yes | [✓] No |
| Will you be 18 years of age on or before election day? | [ ] Yes | [ ] No |
| Are you interested in serving as an election worker? | [ ] Yes | [ ] No |

| 2 Last Name Include Suffix if any (Jr, Sr, III) | First Name | Middle Name (if any) | Former Name (if any) |
|---|---|---|---|
| WANG | CHONG | | |

| 3 Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address) | City | TEXAS Zip Code |
|---|---|---|
| [redacted] | Houston | 77054 |
| **4 Mailing Address:** Street Address and Apartment Number. (If mail cannot be delivered to your residence address.) | City | State / Zip Code |
| | | |

| 5 Date of Birth: (mm/dd/yyyy) | 6 Gender (Optional) | 7 Telephone Number (Optional) Include Area Code |
|---|---|---|
| [redacted] | [ ] Male [ ] Female | ( ) - |

**8** ... No. or Texas ... onal I.D. No. (Issued by the Department of Public Safety) OR If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number XXX-XX-

[X] I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

**9** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

X Chong Wang Date 7/12/10

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

| 119933 Deputy Number (If applicable) | Original application must be delivered to Voter Registrar no later than 5 days after receipt (TEC 13.042). [signature] Volunteer Deputy Signature (If applicable) 7/27/10 Date |
|---|---|

Detach the receipt below for your records. To mail: Wet the glue strip, fold in half and seal.

*If this application is delivered to the Voter Registrar via US mail, the post office postmark date will be used to determine the effective date of this application (TEC 13.143).

Cert# 6674720-1
VUID 1171938695
Prec# 0223

Doc ID: 7566804 Page: 1 of 2.

Texas Voter Registration Application

Prescribed by the Office of the Secretary of State VR17.09E.13

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local Voter Registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

285783126

## 1 These Questions Must Be Completed Before Proceeding

Check one

- [ ] New Application
- [x] Change of Address, Name, or Other Information
- [ ] Request for a Replacement Card

Are you a United States Citizen? [x] Yes [x] No

Will you be 18 years of age on or before election day? [x] Yes [ ] No

Are you interested in serving as an election worker?

| 2 Last Name Include Suffix if any (Jr, Sr, III) | First Name | Middle Name (if any) | Former Name (if any) |
| --- | --- | --- | --- |
| Sanchez | Sanchez | R | |

3 Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address)

City: Houston TEXAS Zip Code: 77042

4 Mailing Address: Street Address and Apartment Number. (If mail cannot be delivered to your residence address.)

City State: TX Zip Code

5 Date of Birth: (mm/dd/yyyy)

6 Gender (Optional) [ ] Male [ ] Female

7 Telephone Number (Optional) Include Area Code ( )

8 Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety)

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number XXX-XX-

[x] I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

9 I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

X [signature] Date 7/29/10

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

119859 Deputy Number (If applicable)

Original application must be delivered to Voter Registrar no later than 5 days after receipt (TEC 13.042).

[signature] Volunteer Deputy Signature (If applicable) 7/29/10 Date

**Detach the receipt below for your records. To mail: Wet the glue strip, fold in half and seal.**

*If this application is delivered to the Voter Registrar via US mail, the post office postmark date will be used to determine the effective date of this application (TEC 13.143).

Cert # 6677337-5
VUID # 1172025775
Prec # 0559

Doc ID: 7571142 Page: 1 of 2.

## Solicitud de registro electoral en Texas

Por orden de la Secretaría de Estado VR17.095.13

Exclusivo para uso oficial 116186 KG 7/13/10

Favor de llenar cada sección con letra de molde LEGIBLE. Si tiene dudas acerca de esta solicitud, contacte a su registrador electoral local o llame gratis a la Secretaría de Estado al 1-800-252-VOTE (8683), TDD (servicio para sordos) 1-800-735-2989 o visite www.sos.state.tx.us.

### 1 Debe contestar estas preguntas antes de proseguir

Marque un recuadro

☑ Nueva solicitud ☐ Cambio de domicilio, nombre y/o información ☐ Reemplazo de tarjeta

¿Es usted ciudadano de los Estados Unidos? ☑ Sí ☑ No

¿Tendrá 18 años cumplidos antes o el día de la elección? ☑ Sí ☐ No

Si marcó "No" como respuesta a cualquiera de las preguntas anteriores no llene esta solicitud.

¿Tiene interés en participar como trabajador electoral? ☐ Sí ☐ No

| 2 Apellido Incluir sufijo si lo hay (Jr, Sr, III) | Primer nombre | Segundo nombre (si aplica) | Nombre anterior (si aplica) |
|---|---|---|---|
| Eliseo | Sandoval | | |

| 3 Domicilio residencial: Número y calle, y número de departamento o interior. Si no existe un domicilio, describa donde vive (no incluya apartados postales) | Ciudad | TEXAS Código postal |
|---|---|---|
| [redacted] | TX | 77502 |

| 4 Dirección postal: Número y calle, y número de departamento o interior (si no se puede entregar el correo en su domicilio residencial). | Ciudad | Estado Código postal |
|---|---|---|
| | | |

| 5 Fecha de nacimiento: (mm/dd/aaaa) | 6 Sexo (Optativo) | 7 Teléfono (Optativo) Incluya código de área |
|---|---|---|
| [redacted] | ☑ Masculino ☐ Femenino | ( ) - |

8 No. de licencia de conducir de Texas o no. de identificación personal de Texas (Expedido por el Departamento de Seguridad Pública).

Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social

XXX-XX-

☑ No tengo licencia de conducir de Texas/Número de Identidad Personal de Texas ni un número de Seguro Social.

9 Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes ... resultar en privación de la libertad hasta 18 ... las cada una de las tres declaraciones antes de

- soy ... dos;
- no he ... cuente, he purgado mi pena por compl... ad condicional, supervisión, periodo de pr...
- no se ... do mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

291248310

X Eliseo Sandoval Fecha 7/13/2010

Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra de molde del solicitante si la firma es la de un testigo, y fecha.

Cert# 666963-1
VUID# 1171743204
TREC# 0277

ELISEO SANDOVAL

Doc ID: 7551808 Page: 1 of 2.

114017 7/24/10

## Solicitud de registro electoral en

Por orden de la Secretaría de Estado VR17

Favor de llenar cada sección con letra de molde L... registrador electoral local o llame gratis a la Secre... sordos) 1-800-735-2989 o visite www.sos.state.tx...

292090932

**1 Debe contestar estas pregu...**

Marque un recuadro

☒ Nueva solicitud ☐ Cambio de domicilio, nombre y/o información ☐ Reemplazo de tarjeta

¿Es usted ciudadano de los Estados Unidos? ☒ Sí ☐ No

¿Tendrá 18 años cumplidos antes o el día de la elección? ☒ Sí ☐ No

Si marcó "No" como respuesta a cualquiera de las preguntas anteriores no llene esta solicitud.

¿Tiene interés en participar como trabajador electoral? ☐ Sí ☐ No

| 2 Apellido Incluir sufijo si lo hay (Jr, Sr, III) | Primer nombre | Segundo nombre (si aplica) | Nombre anterior (si aplica) |
|---|---|---|---|
| HERNANDEZ | OSWALDO | | |

**3 Domicilio residencial:** Número y calle, y número de departamento o interior. Si no existe un domicilio, describa donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo).

Ciudad: HOUSTON — TEXAS — Código postal: 77060

**4 Dirección postal:** Número y calle, y número de departamento o interior (si no se puede entregar el correo en su domicilio residencial).

Ciudad — Estado: TEXAS — Código postal

**5 Fecha de nacimiento:**

**6** ☐ Masculino ☐ Femenino

**7 Teléfono** (Optativo) Incluya código de área ( ) -

**8 No. de licencia de conducir de Texas o no. de identificación personal de Texas** (Expedido por el Departamento de Seguridad Pública).

Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social

XXX-XX-

☒ No tengo licencia de conducir de Texas/Número de Identidad Personal de Texas ni un número de Seguro Social.

**9** Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. Cometer este delito puede resultar en privación de la libertad hasta 180 días, multa de hasta $2,000 o ambos castigos. Por favor lea cada una de las tres declaraciones antes de firmar.

- soy residente de este condado y ciudadano de los Estados Unidos;
- no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o se me otorgó un indulto; y
- no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

X [signature] Fecha 24/07/1

Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

VUID 1171961390

VUID 1165371160

Doc ID: 7564176 Page: 1 of 2.

## Texas Voter Registration Application

Prescribed by the Office of the Secretary of State VR17.09E.13

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local Voter Registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

284727743

**1 These Questions Must Be Completed Before Proceeding**

Check one

- [x] New Application
- [ ] Change of Address, Name, or Other Information
- [ ] Request for a Replacement Card

| | | |
|---|---|---|
| Are you a United States Citizen? | ☐ Yes | ☐ No |
| Will you be 18 years of age on or before election day? | ☐ Yes | ☐ No |
| Are you interested in serving as an election worker? | ☐ Yes | ☐ No |

| 2 Last Name Include Suffix if any (Jr, Sr, III) | First Name | Middle Name (if any) | Former Name (if any) |
|---|---|---|---|
| Koonce | Derrick | | |

| 3 Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address) | City | TEXAS Zip Code |
|---|---|---|
| [redacted] | Hou | 77028 |
| **4 Mailing Address:** Street Address and Apartment Number. (If mail cannot be delivered to your residence address.) | City | State / Zip Code |

**5 Date of Birth:** (mm/dd/yyyy) [redacted]

**6 Gender** (Optional) ☐ Male ☐ Female

**7 Telephone Number** (Optional) Include Area Code ( )-

**8 Texas Driver's License No. or Texas Personal I.D. No.** (Issued by the Department of Public Safety)

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number XXX-XX-

- [x] I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

**9** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

X [signature] Date 07/27/10*

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant If Signed by Witness and Date.

Original application must be delivered to Voter Registrar no later than 5 days after receipt (TEC 13.042).

| 1087221 | Desmond Roberts | 7/27/10 |
|---|---|---|
| Deputy Number (If applicable) | Volunteer Deputy Signature (If applicable) | Date |

**Detach the receipt below for your records. To mail: Wet the glue strip, fold in half and seal.**

*If this application is delivered to the Voter Registrar via US mail, the post office postmark date will be used to determine the effective date of this application (TEC 13.143).

Cert # 6674694-J
VUID # 1171938505
Prec # 0253

Doc ID: 7567148 Page: 1 of 2.

## Texas Voter Registration Application

Prescribed by the Office of the Secretary of State VR17.09E.13

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local Voter Registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

284863337

### 1 These Questions Must Be Completed Before Proceeding

Check one

☐ New Application ☐ Change of Address, Name, or Other Information ☐ Request for a Replacement Card

| | | |
|---|---|---|
| Are you a United States Citizen? | ☐ Yes | ☐ No |
| Will you be 18 years of age on or before election day? | ☐ Yes | ☐ No |
| Are you interested in serving as an election worker? | ☐ Yes | ☐ No |

| 2 Last Name Include Suffix if any (Jr, Sr, III) | First Name | Middle Name (If any) | Former Name (If any) |
|---|---|---|---|
| BARNETT | LANCE | | |

3 Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include PO Box, Rural Rt. or Business Address)

City: HOUSTON

TEXAS

Zip Code: 77060

4 Mailing Address: Street Address and Apartment Number. (If mail cannot be delivered to your residence address.)

City

State

Zip Code

5 Date of Birth: (mm/dd/yyyy)

6 Gender (Optional) ☒ Male ☐ Female

7 Telephone Number (Optional) Include Area Code

(☐☐☐)☐☐☐-☐☐☐☐

8 Texas Driver's License or Texas Personal I.D. No. (Issued by the Department of Public Safety)

☐☐☐☐☐☐☐☐

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number

XXX-XX-☐☐☐☐

☒ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

9 I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

X [signature] Date 7/21/10 *

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

| 116632 Deputy Number (If applicable) | Original application must be delivered to Voter Registrar no later than 5 days after receipt (TEC 13.042). Rachel D. Mentze Volunteer Deputy Signature (If applicable) | 7-21-10 Date |
|---|---|---|

Detach the receipt below for your records. To mail: Wet the glue strip, fold in half and seal.

*If this application is delivered to the Voter Registrar via US mail, the post office postmark date will be used to determine the effective date of this application (TEC 13.143).

Cert # 667133597
VUID # 1171851664

Doc ID: 7559216 Page: 1 of 2.

## Texas Voter Registration Application

Prescribed by the Office of the Secretary of State VR17.09E.D

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local Voter Registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

284943947

**1 These Questions Must Be Completed Before Proceeding**

Check one

☒ New Application ☒ Change of Address, Name, or Other Information ☐ Request for a Replacement Card

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

Are you interested in serving as an election worker? ☐ Yes ☐ No

**2** Last Name Include Suffix if any (Jr, Sr, III): Lopez | First Name: Juliana | Middle Name (if any) | Former Name (if any)

**3** Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address) | City: Houston | TEXAS | Zip Code: 77017

**4** Mailing Address: Street Address and Apartment Number. (If mail cannot be delivered to your residence address.) | City | State | Zip Code

**5** Date of Birth: (mm/dd/yyyy)

**6** Gender (Optional) ☐ Male ☐ Female

**7** Telephone Number (Optional) Include Area Code ( ) - 

**8** Texas Driver's License No. Texas Personal I.D. No. (Issued by the Department of Public Safety)

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number XXX-XX-

☒ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

**9** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

X [signature] Date 07/23/2010

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Original application must be delivered to Voter Registrar no later than 5 days after receipt (TEC 13.042).

119339 Deputy Number (If applicable) | [signature] Volunteer Deputy Signature (If applicable) | Date 7/23/10

**Detach the receipt below for your records. To mail: Wet the glue strip, fold in half and seal.**

*If this application is delivered to the Voter Registrar via US mail, the post office postmark date will be used to determine the effective date of this application (TEC 13.143).

Cert# 66732175-4
VUID# 1171873674

Doc ID: 7559717 Page: 1 of 2.