IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas,<br><br>    Defendant. | Case No. 16-2105-JAR |
| PARKER BEDNASEK,<br><br>    Plaintiff,<br><br>    v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, et al.,<br><br>    Defendants. | Case No. 15-9300-JAR<br><br>CASES CONSOLIDATED FOR DISCOVERY |

ORDER

On October 20, 2016, the undersigned U.S. Magistrate Judge, James P. O'Hara, convened a telephone conference in these related cases. Although the conference was scheduled to be a final pretrial conference, it was converted to a status conference in light of developments arising in the twenty-four hours preceding it–namely, the issuance of an eighty-five-page opinion by the Tenth Circuit Court of Appeals in the *Fish* case, Secretary Kobach's filing of a motion to reopen discovery in light of that Tenth Circuit

opinion (ECF doc. 248 in *Fish*), and the undersigned's issuance of an order denying a motion to compel discovery (ECF doc. 247 in *Fish*), which the parties report may influence the decision of whether Jamie Shew should be dismissed from *Bednasek*. As stated on the record, the court set the following deadlines:

1. Any motion to dismiss Shew shall be filed by **October 21, 2016**, with any response filed by **October 25, 2016**, and any reply filed by **October 27, 2016.**

2. Plaintiffs' response to the motion to reopen discovery filed in *Fish* (ECF doc. 248) is due by **October 25, 2016**, and any reply is due by **October 27, 2016**.

3. The parties' revised proposed pretrial orders must be submitted by **October 27, 2016**. A pretrial conference will be convened in both cases on **November 3, 2016, at 1:00p.m.** in Courtroom 223.[1]

IT IS SO ORDERED.

Dated October 20, 2016, at Kansas City, Kansas.

                                              s/ James P. O'Hara
                                              James P. O'Hara
                                              U.S. Magistrate Judge

---

[1] After reviewing the revised proposed pretrial orders, the court may convert the in-person conference to a telephone conference.