# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **PARKER BEDNASEK,** | ) |
| Plaintiff, | ) |
| | ) Case No. 15-9300-JAR-JPO |
| v. | ) |
| | ) |
| **KRIS KOBACH, KANSAS** | ) |
| **SECRETARY OF STATE**, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT KRIS KOBACH'S FINAL WITNESS DISCLOSURES

Comes now Defendant Kris Kobach, by and through his attorneys, and pursuant to the Court's Order (Doc. 170), hereby submits his Final Witness Disclosures.

Experts (live):

1.      Hans von Spakovsky
Mr. von Spakovsky will testify consistent with his expert reports and deposition given in this case on 6/01/16. Mr. von Spakovsky's testimony can be briefly summarized as addressing the existence of noncitizen registration and voting in Kansas and in the United States. Additionally, Spakovsky will testify about the alternatives to requiring documentary proof of citizenship as being insufficient. Spakovsky will also testify that the Kansas law is not a burden.

2.      Dr. Steven A. Camarota
Dr. Camarota will testify consistent with his expert reports and deposition given in this case on 10/17/16. Dr. Camarota's testimony can be briefly summarized as he finds no evidence that the Kansas law adversely impacted voter registration or participation rates of US citizens in Kansas, rebutting Plaintiffs' expert witness testimony and the effect of the Kansas law.

Fact witnesses (live):
3.      Bryan Caskey, Kansas Elections Director
Mr. Caskey is expected to testify regarding Secretary of State policies and procedures in the conduct of Kansas elections and voter registration. Mr. Caskey will further testify consistent with other subject matters addressed in his depositions given in this case on 4/06/16, 6/15/16 and 3/28/17.

4.      Tabitha Lehman, Sedgwick Co. Elections Commissioner
Ms. Lehman is expected to testify regarding her knowledge and experience with noncitizens attempting to register to vote in Sedgwick County, the demographics of her county, and consistent with other subject matters addressed in her depositions given in this case on 4/06/16 and 4/21/17.

Fact witnesses (by written deposition):

5.      Pat McFerron, President, CHS Associates, 511 Couch Dr., Oklahoma City, OK.  405-415-3017.

Mr. McFerron is expected to testify regarding the survey he designed and conducted of Kansans in May of 2016.  Mr. McFerron will testify consistent with other subject matters addressed in his deposition given in this case on 6/07/16 including how the study was conducted and its results.

Mr. McFerron will testify that after controlling for gender, age, and geographic region in order to replicate US Census information, the study revealed that requiring proof of citizenship in order to register to vote is <u>not</u> a concern for residents and is <u>not</u> hampering voter registration.  Among those not registered to vote, only one (who later acknowledged having access to a birth certificate) mentioned documentation as a reason for not being registered to vote.  This was far outdistanced by those who said they had no interest in voting, those with felony convictions and those who for personal reasons (having moved, just turned of age, or had not made time) had not registered to vote.  Fully 96% of the respondents with legal status indicated they had ready access to a birth certificate showing them being born in the United States or on a US territory.  When just including a US Passport option, this percentage grows to 98% having one of these two documents.  This increases to 99% when including other hospital records or military records.  Access to a birth certificate is nearly universal with all age and income groups reporting 95% having access. Similarly, those of Hispanic descent are just as likely to have access to a birth certificate showing US birth (96%) as are those not of Hispanic descent (96%). Not only does this law not provide an obstacle to legal residents voting, it is embraced by them. Fully 77% of all respondents favor the law and only 14% oppose it.  Even among those not registered to vote, 77% are supportive of the law.  This group is actually less opposed (10%) than are those who are registered to vote (1 5%).

6.      Marge Ahrens, plaintiff

7.      Parker Bednasek, plaintiff

Date:  January 30, 2018                                Respectfully submitted,

/s/ *Sue Becker*
Kris W. Kobach, Kansas Bar No. 17280
Sue Becker, Kansas Bar No. 27806
Garrett Roe, Kansas Bar No. 26867
**KANSAS SECRETARY OF STATE'S OFFICE**
120 S.W. 10th Ave.
Topeka, KS 66612
Telephone: (785) 296-4575
Facsimile: (785) 368-8033
Email: kris.kobach@ks.gov
       sue.becker@ks.gov
       garrett.roe@ks.gov

*Attorneys for Defendant Kobach*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 30th day of January, 2018, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/*s/ Sue Becker*
Sue Becker
*Attorney for Defendant Kobach*