IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

PARKER BEDNASEK,

                     Plaintiff,

v.

KRIS KOBACH, KANSAS SECRETARY OF STATE ,

                     Defendant,

CIVIL ACTION

No. 15-9300-JAR

## **JUDGMENT**

This action came before the Court. The issues have been considered and decisions have been rendered.

The Court has ordered that pursuant to the Memorandum and Order filed and entered on July 29, 2016 (Doc. 107), Plaintiffs Alder Cromwell and Cody Keener are dismissed as moot; and pursuant to the Memorandum and Order filed and entered on May 4, 2017 (Doc. 165), summary judgment is granted in favor of Defendant Kris Kobach on Plaintiffs' 42 U.S.C. § 1983 right to travel claim.

Pursuant to the Court's Findings of Fact and Conclusions of Law, filed and entered on June 18, 2018, judgment is entered in favor of Plaintiff Parker Bednasek on the 42 U.S.C. § 1983 Equal Protection claim.

**IT IS SO ORDERED**.

Dated: June 18, 2018

                                      s/ Bonnie Wiest
                                      By Deputy Clerk
                                      TIMOTHY M. O'BRIEN
                                      Clerk of the District Court