# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 3, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Scott Schwab, Secretary of State of Kansas
v. Steven Wayne Fish, et al.
No. 20-109
(Your No. 18-3133, 18-3134)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 28, 2020 and placed on the docket August 3, 2020 as No. 20-109.

Sincerely,

**Scott S. Harris**, Clerk

by

Nicholas D'Amico
Case Analyst