# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| PARKER BEDNASEK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Case No. 15-9300-JAR-JPO** |
| v. ) | |
| ) | |
| SCOTT SCHWAB, in his official capacity ) | |
| as Secretary of State for the State of ) | |
| Kansas, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON JOINT MOTION AND STIPULATION REGARDING PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES AND COSTS

This matter is before the Court on the parties' Joint Motion and Stipulation regarding Plaintiffs' motion for attorneys' fees, costs and expenses, Doc. No. 262. Having considered the parties' Joint Motion and Stipulation, the Court enters judgment in accordance with the Joint Motion and Stipulation as follows:

**IT IS HEREBY ORDERED** that the parties' Joint Motion and Stipulation Regarding Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. No. 262) is GRANTED and Plaintiffs' Motions for Attorneys' Fees and Costs (Doc. No. 236, 246) is GRANTED IN PART, as set forth in the Joint Motion and Stipulation. Defendant shall pay attorneys' fees and litigation expenses and costs to the Plaintiffs in the total amount of $475,000.00, representing $455,000.00 in fees and $20,000.00 in costs and expenses. Defendants shall pay this Award of costs, expenses and fees within thirty (30) days of publication of legislation appropriating monies sufficient to pay the full Settlement Sum.

**IT IS SO ORDERED.**

Dated: September 15, 2021

                                                S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                CHIEF UNITED STATES DISTRICT JUDGE